## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson | Date:  December 4, 2015 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  n/a |
| Probation Officer:  Gary Burney | |

**CASE NO.   15-cr-00164-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Peter McNeilly |
| Plaintiff, | |
| v. | |
| 1.  VICTOR ALMANZAR-CARDENAS, | Timothy O'Hara |
| Defendant. | |

### COURTROOM MINUTES

**SENTENCING HEARING**
**COURT IN SESSION:**    9:03 a.m.
Appearances of counsel.    Defendant is present and in custody.

Defendant entered his plea on August 26, 2015, to Count 1 of the Indictment.   The Court formally accepts the Plea Agreement at this hearing.

Discussion held regarding pending motions and objections.

Defendant orally moves for a one-level downward variance in accordance with the plea agreement.   The Government has no objection to the oral motion.

**ORDERED:**   Defendant's oral motion for a one-level downward variance in accordance with the plea agreement is GRANTED.

Defendant's counsel argues the Motion for Departure Based on Cultural Assimilation (Doc. 23) and Motion for Variant Sentence (Doc. 24), makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Counsel for the Government argues in opposition to the motions (Docs. 23 and 24) and addresses the Court regarding sentencing.

**ORDERED:**  Defendant's the Motion for Departure Based on Cultural Assimilation (Doc. 23) is DENIED.

**ORDERED:**   Defendant's Motion for Variant Sentence (Doc. 24) is DENIED.

Statement by the Court regarding Defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, VICTOR ALMANZAR-CARDENAS, is hereby committed to the custody of the Bureau of Prisons to be **imprisoned** for a term of **one (1) year plus one (1) day.**

**ORDERED:**  No supervised release is imposed.

**ORDERED:**  Defendant shall pay **$100** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

Defendant is advised that if he re-enters the United States illegally, possesses a firearm, or possesses a controlled substance he may be subject to further federal prosecution

Defendant advised of right to appeal.

**ORDERED:**  Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:**     **10:05 a.m.**
Hearing concluded.
Total time:            1:02